AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
for the
District of Arizona

RECEIVED
U.S. MARSHALS SERVICE
2019 AUG 16 AM 11: 59
TUCSON
DISTRICT OF ARIZONA

United States of America
v.

Dale Kisto
*Defendant*

)
)
)   Case No.   CR-00-01264-002-TUC-FRZ
)
)
)
)
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay
*(name of person to be arrested)*   Dale Kisto,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:3583: Violation of the Supervised Release imposed 2/6/2002.

Date:   August 14, 2019

Issuing officer's signature

City and state:   Tucson, Arizona

S. Gammon, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/16/19, and the person was arrested on *(date)* 8/20/19
at *(city and state)* Coolidge, AZ.

Date: 8/21/19

Subject arrested by Coolidge PD
and initialed on 8/22/19
in the District of Arizona.

Arresting officer's signature

*Printed name and title*

---

AUSA, USPO Elizabeth Gonshak-Peters, USM (original & 1cc)